UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

TRAVIS S. DURANT,               )
               )      Civil Action No. 3:26-cv- 1715-JFA
               )
      Plaintiff,      )
               )
-vs-                )      **COMPLAINT**
               )      **(Tort-Automobile)**
AVERITT EXPRESS, INC.,    )      **(Jury Trial Requested)**
               )
      Defendant.    )
_____)

TO:    THE ABOVE-NAMED DEFENDANT AND DEFENDANT'S ATTORNEY(S):

The Plaintiff above named complaining of the Defendant herein says as follows:

1.      That Averitt Express, Inc. (hereinafter "Averitt") is a national trucking and logistics company with its principal place of business established in the State of Tennessee.

2.      That Plaintiff Travis S. Durant (hereinafter "Plaintiff") is a resident of the County of Sumter, South Carolina.

3.      That substantial acts and omissions alleged herein occurred in the County of Lee, South Carolina.

4.      That on or about March 29, 2022, at approximately 7:45 a.m., in Lee County, South Carolina, Plaintiff was working for Thompson Industrial riding as front seat passenger in a pickup truck owned and maintained by Thompson Industrial and driven by co-worker Webb who was at all times alleged herein an employee of Thompson Industrial acting within the scope of his employment.

5.      That at the date and time and place alleged Webb was driving Thompson Industrial's pickup truck South on US 401 approaching the intersection of US 401 and SC 341

in Lee County, South Carolina, transporting Plaintiff and several other coworkers from a work site back to the office.

6.     That at the date and time and place alleged, Ferrell was driving Averitt's 18-wheel tractor-trailer East on SC 341 in the scope of employment for Averitt.

7.     That at the date and time and place above, Ferrell drove Averitt's truck from the stop sign at the intersection of SC 341 and US 401 directly into the front right corner of Thompson Industrial's pickup truck causing a violent crash moving the pickup truck violently sideways across US 401 to the far side of the intersection from the stop sign and severely injuring Plaintiff.

8.     That Averitt is responsible for the acts and omissions of Ferrell pursuant to respondeat superior and/or agency.

9.     That Averitt was negligent, grossly negligent and negligent per se in failing to exercise due care in maintaining its tractor and trailer and in failing to exercise due care in the hiring, training, supervision and retention of Ferrell.

10.     That Averitt's agent driver Ferrell was negligent, grossly negligent, negligent per se, and reckless in failing to exercise due care, in failing to properly maintain the truck and trailer, in failing to keep a proper lookout, in driving while distracted, in making an improper start from stop, in making an improper turn, in failing to yield the right of way to Webb, in failing to comply with state and federal regulations governing motor safety carriers, and in causing the crash of the tractor he was driving and Thomspon Industrial's pickup truck.

11.     That the above alleged acts of Averitt and its agent were the proximate cause of severe personal injuries to Plaintiff causing him to incur medical costs presently and into the future, to undergo surgeries and pain stimulator implants, to suffer with permanent partial and

total impairments of body parts, to lose wages presently and into the future, to lose earning capacity, to lose enjoyment of life, to suffer mental anguish and pain presently and into the future, and to suffer scarring, for which he seeks compensation and remuneration, as well as punitive damages to prevent similar injury to others caused by the recklessness of such a defendant.

12.     Plaintiff is informed and believes that he is entitled to judgment on his causes of action for actual and punitive damages against the Defendant that a trier of fact may determine, together with the costs of this action and for such other relief as this Court may deem just and proper.

WHEREFORE, the Plaintiff, Travis S. Durant, prays for judgment against the Defendant, Averitt Express, Inc., on claims of negligence, gross negligence, carelessness, recklessness, negligence *per se,* and willfulness in such sum of actual and punitive damages that a trier of fact may determine together with such other relief this Court may deem just and proper.

Respectfully submitted,

GEORGE SINK, P.A. INJURY LAWYERS

*s/ Robert E. Treacy, Jr.*
Robert E. Treacy, Jr.
Federal Bar ID 07458
Attorney for the Plaintiff
7011 Rivers Avenue, Suite 105
North Charleston, SC 29406
(843) 569-1700
rtreacy@sinklaw.com

North Charleston, SC
April 27, 2026